**USPS TRACKING #**



9590 9402 3412 7227 6629 05

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Walter | Haverfield LLP
1301 East 9th St., Ste. 3500
Cleveland, OH 44114

Benjamin Chojnacki

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dennis Pilawa
12210 Auburn Road
Chardon, OH 44024



9590 9402 3412 7227 6629 05

2. Article Number (Transfer from service label)

7017 0190 0000 9510 1478

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Julie Johns__  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Julie Johnston

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt