UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAKE-GEAUGA RECOVERY CENTERS, INC., et al., | ) CASE NO.: 1:20-CV-02405 |
| | ) |
| | ) JUDGE: J. PHILIP CALABRESE |
| Plaintiffs, | ) |
| | ) **DECLARATION OF JAMES** |
| vs. | ) **HERRINGSHAW** |
| | ) |
| MUNSON TOWNSHIP, et al., | ) |
| | ) |
| Defendants | ) |

Now comes James Herringshaw, who deposes and states the following:

1.     I am over 18 years of age and have personal knowledge of all facts contained herein.

2.     I am currently, and have been at all times relevant to this litigation, the Zoning Inspector of Munson Township, Ohio.

3.     In September and October 2019, I received calls from two residents who were concerned about their property values because they noticed that that the property at 12700 Ravenna Road had been sold to Lake-Geauga Recovery Services, Inc.

4.     Around that time, I received a visit by the Munson Township Fire Chief, Mike Vatty, who expressed concerns that a change of use could render the property at 12700 Ravenna Road outside compliance with the fire code.

5.     Because the Munson Township Zoning Resolution requires a landowner to obtain a zoning certificate if he or she is going to change the use of a property, and because I suspected that Lake-Geauga Recovery Services, Inc. may plan to change the use of the property located at 12700 Ravenna Road, I sent Lake-Geauga Recovery Services, Inc. a letter indicating that it must

EXHIBIT C

apply for a zoning certificate if it intended to change the use of the 12700 Ravenna Road property.

6.　　　On November 1, 2019 I received a call from Melanie Blasko regarding the letter.

7.　　　During that phone conversation on November 1, 2019, I told Ms. Blasko that licensed residential facilities are permitted uses in areas zoned R-1, but that Lake Geauga Recovery Services, Inc. must still apply for a Zoning Certificate if it intended to change the use of the 12700 Ravenna Road property to a licensed residential facility. Ms. Blasko told me that she did not think the 12700 Ravenna Road property was considered a licensed residential facility, and she stated that she thought the 12700 Ravenna Road property was located within the City of Chardon, which allows for five unrelated persons to live in homes located in areas zoned as R-1. Ms. Blasko told me that, because the proposed use of the 12700 Ravenna Road property involved a protected class, this trumped the zoning resolution. I told her that I would submit the issue to the Assistant County Prosecutor for a legal opinion on that issue.

8.　　　On December 23, 2019 Ms. Blasko requested to submit a variance request. I cautioned her that I had not yet received an opinion from the prosecutor's office on the issue, and it had not yet been determined exactly what steps Lake-Geauga Recovery Centers, Inc. would need to take in order to use the property at 12700 Ravenna Road to house five unrelated adults; nevertheless, Ms. Blasko wished to submit an application in time for the request to be heard at the January 2020 meeting of the Board of Zoning Appeals. I told Ms. Blasko that she had the option to apply for a Zoning Certificate, and that she had the option to apply for a variance. I did not instruct Ms. Blasko that she was required to apply for a Zoning Certificate or a variance at that time; I was providing her with options.

9. On December 23, 2019 Ms. Blasko submitted an application for Zoning Certificate to change the use of the house to a "Level II Recovery Center," which is not a licensed facility for residents with developmental disabilities.

10. A true and accurate copy of the application for Zoning Certificate that Ms. Blasko submitted is attached hereto as Exhibit 1.

11. I denied the application for Zoning Certificate because the use proposed by Ms. Blasko was not a permitted use in the R-1 district. I did not deny the application because of the potential residents' status as persons recovering from drug or alcohol addiction.

12. On December 23, 2019 Ms. Blasko also submitted a variance request. A true and accurate copy of the variance request is attached hereto as Exhibit 2.

13. On December 23, 2019, I provided the variance request form as an option to Ms. Blasko, and I did not instruct her that she was required to do so, or that she was required to submit it at that time.

14. The hearing on the variance request was continued until July 29, 2020 due to Lake-Geauga Recovery Center, Inc.'s request for a continuance and delays caused by the COVID-19 pandemic.

15. Between the time Lake-Geauga Recovery Centers, Inc. filed the variance request and the time public hearing occurred, I received communications from James Gillette, counsel for Lake-Geauga Recovery Centers, outlining his position that the Township was in violation of federal law and that it needed to make an accommodation for Lake-Geauga Recovery Centers. None of those communications explained why it is necessary for one recovering from drug or alcohol addiction to live in a home with four other individuals recovering from drug or alcohol addiction.

3

16.     At no time did Munson Township instruct Lake-Geauga Recovery Centers, Inc. that it needed to obtain a variance or that the proposed use for five adults was not permitted due to the transient nature of the residents.

17.     Instead, counsel for Lake-Geauga Recovery Centers, Inc. proposed that two residents plus one house manager occupy the residence until the matter was resolved, and Geauga County Assistant Prosecutor Susan Wieland expressed concerns that the arrangement was temporary, given the fact that the matter had not been resolved.

18.     The hearing on Lake-Geauga Recovery Centers, Inc.'s variance request was held on July 29, 2020.

19.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on January __11__, 2021.

_____
JAMES HERRINGSHAW

**MUNSON TOWNSHIP**
**12210 Auburn Road**
**Chardon, OH 44024**
440-286-9255  Fax 440-286-1180

EXHIBIT 1

# N O T I C E   O F   A P P E A L

## VARIANCE REQUEST

CASE NO. _20-02_

DATE _12/23/2019_

**TO BE COMPLETED BY THE APPLICANT**

**PLEASE PRINT**

A. Name of Appellant: _Lake-Geauga Recovery Centers, Inc (Melanie Blasko)_
  Address: _9083 Mentor Ave_ City _Mentor_ State _OH_
  Zip: _44060_ Telephone# _440-255-0678_ home _440-205-2674_ work

B. Name of Owner of Record: _Same_
  Address:_____ City_____ State_____
  Zip:_____ Telephone# _____home_____work

C. Address of Property (if different from Appellant's/Owner's current address):
  _12700 Ravenna Road_
  City _Chardon_ State _OH_ Zip _44024_

D. Attach the names and addresses of all parties in interest from the County Auditor's current tax list (all properties adjacent to and directly across the street from the subject property).

E. Attach documentation as to authority to file notice of appeal  (e.g. deed, power of attorney, lease, or purchase agreement).

F. Attach a legal description of the property, as recorded with the Geauga County Recorder.

G. Provide the current zoning district in which the property is located: _____
  _R-I_
  _____
  _____
  _____



H.  Provide a description of the existing use of the property:_____

___Vacant House_____

_____

_____

_____

_____

_____

_____

_____

I.  Provide a description of the proposed use of the property:  _See attached_

_Narrative  (A)_____

_____

_____

_____

_____

_____

J.  Attach two (2) copies of a plan or map, drawn to scale, with a north arrow and date showing the following information:

1.  The dimension (in feet) of all property lines and the total acreage of the property.

2.  The dimensions (in feet) of existing buildings or structures on the property, if any.

3.  The setback (in feet) from all property lines of existing buildings or structures and uses on the property, if any.

4.  The dimensions (in feet) of proposed buildings or structures on the property or of any addition or structural alteration to existing buildings or structures.

5.  The total amount of square feet of floor space for each floor of proposed buildings or structures on the property or of any addition or structural alteration to existing buildings or structures.

6.  The setback (in feet) from all property lines of proposed buildings or structures and uses on the property or of any addition or structural alteration to existing buildings or structures.

2

Case No. 20-02 Address 12700 Ravenna Rd.

7. The height (in feet) of existing buildings or structures on the property.

8. The height (in feet) of proposed buildings or structures on the property or of any addition or structural alteration to existing buildings or structures.

9. The name and location of the existing road(s), public and private, adjacent to the property.

10. The number of dwelling units existing (if any) and proposed for the property.

11. The location, dimensions (in feet), and number of parking spaces existing (if any) and proposed.

12. For commercial and industrial uses: the location, dimensions (in feet), and number of loading/unloading spaces.

13. The location and dimension (in feet) of any existing or proposed easements on the property.

K. For an appeal requesting a variance to sign regulations, provide the following information:

1. Attach two (2) copies of a drawing, drawn to scale and dated, showing the following information:
   a. the dimensions (in feet) of the sign.
   b. the area of the sign in square feet.
   c. the location of the sign on the building, structure, or property including dimensions (in feet) from the front lot lines.
   d. the height (in feet) of the sign.
   e. the method of illumination, if any.
   f. the content of the sign.

L. Provide the following additional information:

1. State the exact nature of the variance requested: Requesting to use the home at 12700 Ravenna Road as a Level II Recovery House in a residential district to provide a safe, supportive, drug + alcohol free living environment for individuals once they have completed primary treatment

3

2. Provide the specific zoning regulations from which a variance is requested:

Section 401 - R-1 Residential District

401.2 Permitted Principal Uses and Structures

Not a permitted Use - Level II Recovery House

3. Written Justification for the requested variance shall be made. If the request is for a "USE" variance, responses to the following questions shall be provided:

a. Is the hardship unique to this property? Yes it is unique to this property, even though there are medical facilities, and commercial properties in close proximity.

b. Does the zoning regulation deprive the owner of a substantial property right? The current zoning inhibits us from the proposed use and our reason for purchasing the property.

c. May the property be reasonably used in an economically viable manner without a variance? Without the variance, we would be unable to offer recovery housing for individuals seeking this supportive living environment.

d. How does the proposed use compare to adjacent and nearby uses?

It is in close proximity to the hospital, medical offices and other commercial properties.

e. Is the hardship self-induced? Yes. We purchased the property with the understanding it was in Chardon where zoning rules are different & would have permitted our proposed use.

f. How does the zoning regulation protect the public health, safety, and morals?

The current zoning protects the community & neighboring residences. The proposed use will also be a residence where individuals are living together in a supportive environment, all are employed & contributing members of our community.

g. Will adjoining properties be harmed? No. Our Level II Recovery House has a house manager to provide accountability & support, & will monitor residents activities. We embrace a good neighbor policy, & will work collaboratively & favorably with our neighbors.

h. Did the property owner purchase the property with knowledge of the zoning restriction? No. We mistakenly thought the property was in Chardon.

4. Written justification for the requested variance shall be made.  If the request is for an "AREA" variance, responses to the following shall be provided:

    a.  Can there be any beneficial use of the property without a variance? _____

_____

_____

_____

_____

_____

    b.  Is the variance substantial? _____

_____

_____

_____

_____

    c.  Will the essential character of the neighborhood be altered? _____

_____

_____

_____

_____

    d.  Will adjoining properties suffer a detriment? _____

_____

_____

_____

    e.  Will the variance adversely affect delivery of government services? _____

_____

_____

_____

f.  Can the predicament be feasibly relieved through some method other than a variance? _____

_____

_____

_____

g.  Will the spirit and intent behind the zoning be observed and substantial justice be done by granting a variance? _____

_____

_____

_____

_____

_____

_____

_____

h.  Did the property owner purchase the property with knowledge of the zoning restriction? _____

_____

_____

I hereby certify that all the information supplied in this application and attachments hereto are true and correct to the best of my knowledge, information and belief.

I hereby acknowledge that I understand that the penalty for falsification is imprisonment for not more than six (6) months, or a fine of not more than one thousand dollars ($1,000), or both.

_____
Appellant's Signature

Date: ___12/23/19_____

************************************************************

**FOR OFFICIAL USE ONLY**

Variance Application Number: _____ 20-02 _____

Denied Zoning Certificate Application Number: _____ 19.115 _____

Date Notice Filed with Zoning Inspector: _____ 12/23/2019 _____

Amount of Appeal Fee Paid: $_____ 300.00 _____ Ck# 21488 Cash_____

Date Notice Filed with Board of Zoning Appeals: December 27, 2019

Date of Notice to Parties in Interest: On or before Jan 6, 2020

Date of Notice in Newspaper: January 2, 2020

Name of Newspaper: Geauga County Maple Leaf

Date of Public Hearing: January 16, 2020

Appeal Approved_____ ✓Denied_____ ✓Withdrawn_____

I hereby acknowledge the receipt of this notice of appeal requesting a variance
this _27_ day of _December_, 20_19_.

_____
Signature of Chairman or Secretary
of Township Board of Zoning Appeals

Date of Mtg. On or before 7/17/20
Date of Mtg in newspaper 7/9/20
Public Hrg: 7/29/20

8

# Zoning Certificate Application
## Munson Township

**EXHIBIT 2**

The undersigned hereby applies for a zoning certificate for the following described use, said certificate to be issued by the township zoning inspector on the basis of the information contained within this application.

**This application shall be completed by the applicant**          **PLEASE PRINT**

A.  Name of Applicant _Lake-Geauga Recovery Centers, Inc (Melanie Blaske_
    Address _9083 Mentor Ave_  City _Mentor_  State _OH_  Zip _44060_
    Home/Cell Telephone _440-255-0678_  Business Telephone _440-205-2674 (Direct_

B.  Name of Owner of Record _Lake-Geauga Recovery Centers, Inc_
    Address _____ City _____ State _____ Zip _____
    Home/Cell Telephone _____ Business Telephone _____

C.  Address of Property _12700 Ravenna Road_
    City _Chardon_          State _OH_  Zip _44024_
    (if different from applicant's current address)

D.  Attach deed if application being made by record owner of the real property; or deed and letter of authorization and representation (Form #D-1), if applicant is designated agent.

E.  Attach a legal description of the property, as recorded with the Geauga County Recorder.

F.  Property presently zoned as:      X Residential      ___ Institutional
                                      ___ Commercial      ___ Medical
                                      ___ Industrial

G.  Present Use: _Vacant House_                  For How Long: _____

H.  Provide a description of the proposed use of the property:
    (If the proposed use is commercial or industrial, enclose a detailed description of the nature of the business or industry.)

    ___ New Construction        ___ Deck _____       ___ Pool w/fence _____
    ___ New Residence           ___ Gazebo _____      ___ Porch _____
    ___ Garage ___ Attached     ___ Home Occupation        ___ Sign _____
    ___ Acc. Bldg _____    ___ Remodeling             ___ Driveway _____
    ___ Addition _____     X Other _Recovery House_

I.  Type of Sewage Disposal: _Septic_          Permit Number: _____

J.  Fill in all dimensions or requested information on the following pages. Attach drawings per instructions in K and L.
    (a) Name of road or street: _Ravenna_
    (b) Main road frontage: _____ feet
    (c) Setback from road right-of-way: _____ feet

(d)   Driveway clearance: _____ feet
    (e)  Side yard clearance:    Right _____ feet
                                       Left _____ feet
    (f)  Rear yard clearance: _____ feet
    (g)  Depth of lot from right-of-way: Right _____ feet    Left _____ feet
    (h)  Dimensions of Building:    Length: _____ feet
                                      Width: _____ feet
    (i)  Highest point of building from established grade: _____ feet
    (j)  Area of lot: _____ sq. ft. or acres
    (k)  Lot Width (at front building line): _____ feet
    (l)  Brief description: (described in Vol. 2077 Page 3390,
        Geauga County Record of _Deed_ ; Date filed for Record 09|06|2019.)
    (m) Percentage of lot to be occupied (non-residential): _____ %
    (n)  Number of off-street parking spaces to be provided (non-residential): _____ .
    (o)  Number of off-street berths to be provided (non-residential): _____ .
    (p)  Square feet of area:

| | | | |
|---|---|---|---|
| Residence _____ sq. ft. | | Basement _____ sq. ft. | |
| Garage _____ sq. ft. | | Commercial _____ sq. ft. | |
| Acc. Building _____ sq. ft. | | Office _____ sq. ft. | |
| Industrial _____ sq. ft. | | | |

K.    Attach two (2) copies of a plan or map, drawn to scale, with a north arrow and date showing the following information:

1.    The dimensions (in feet) of all property lines and the total acreage of the property.

2.    The dimensions (in feet) of all existing buildings or structures on the property, if any.

3.    The setback (in feet) from all property lines of existing buildings or structures and uses on the property, if any.

4.    The dimensions (in feet) of proposed buildings or structures to be placed on the property or of any addition or structural alteration to existing buildings or structures.

5.    The total amount of square feet of floor space for each floor of proposed buildings or structures on the property or of any addition or structural alteration to existing buildings or structures.

6.    The setback (in feet) from all property lines of proposed buildings or structures and uses on the property or of any addition or structural alteration to existing buildings or structures.

7.    The height (in feet) of existing buildings or structures on the property.

8.    The height (in feet) of proposed buildings or structures on the property or of any addition or structural alteration to existing buildings or structures.

9.    The name and location of the existing road(s), public and private, adjacent to the property.

11. The location, dimensions (in feet), and number of parking spaces existing ( if any) and proposed.

12. For commercial and industrial uses: the location, dimensions (in feet), and number of loading/unloading spaces.

13. The location and dimensions (in feet) of any existing or proposed easements on the property.

L.  Provide the type and design of any sign(s). Attach two (2) copies of a drawing, drawn to scale and dated, showing the following information:

   a. The dimensions (in feet) of the sign.
   b. The area of the sign in square feet.
   c. The location of the sign on the building, structure, or property including dimensions (in feet) from the front lot line(s).
   d. The height (in feet) of the sign.
   e. The method of illumination, if any.
   f. The content of the sign.

I hereby certify that all of the information supplied in this application and attachments hereto are true and correct to the best of my knowledge, information and belief.

I hereby acknowledge that I understand that the penalty for falsification is imprisonment for not more than six (6) months, or a fine of not more than one thousand dollars ($1,000), or both.

I hereby consent to the inspection of the subject property and of any buildings or structures to be constructed thereon by the township zoning inspector during construction and within thirty (30) days from the completion of any buildings or structures.

I hereby acknowledge that I understand that if the construction or use described in the zoning certificate has not begun within six (6) months from the date of issuance or if construction has begun within six (6) months and said construction has not been completed within two (2) years from the date of issuance, said zoning certificate shall be revoked by the township zoning inspector.

**Note:**     **The zoning inspector shall approve or disapprove this application within thirty (30) days.  (Munson Zoning Resolution 1201.2)**

**Please check below:**

☑ **Driveways must be a minimum of 12 feet in width and 15 feet from any lot line. Driveway pipes must be 40 feet in length and centered to middle of driveway. Property line and driveway pipe location must be staked.**

☑ **The Health Department requires that all buildings and additions be located at least 10 feet from a water well and septic system.**

☑ **In ground swimming pools shall be walled or fenced prior to use.**

Applicant's signature: _Melanie J Black_     Date: _12/23/19_

Application Number: 19.115

Date Application Received: 12/23/2019

Date of Action on Application: 12/27/2019

Date Zoning Certificate Issued: Denied

Zoning Certificate Number: ————

Amount of Fee Paid: $ ———— Check# _____ Cash ____

Home Occupation Renewal Date: _____

Sketch Attached _____

Deed Attached ___ ✓ ___ In File _____

Approved _____

Disapproved ___ ✓ ___

Date Application Disapproved: _____

If application disapproved, reasons for disapproval:

Section 401   R-1 Residential District

401.2   Permitted Principal Uses and Structures

Not a permitted Use — operate a Level II Recovery House providing housing for 5 adults who have completed primary substance abuse treatment

Variance 20-02

I hereby acknowledge the receipt of this application for a zoning certificate this 23ᴿᴰ day of December, 20 19.

_____
Munson Township Zoning Inspector


"*A*"


# LAKE-GEAUGA
## RECOVERY CENTERS

Administrative Office
9083 Mentor Avenue
Mentor, OH 44060
(440) 255-0678 (TDY)
Fax (440) 255-6348
www.lgrc.us

Melanie Blasko, President & CEO of Lake-Geauga Recovery Centers, Inc. is respectfully submitting this request to Munson Township Zoning for the proposed use of the property at 12700 Ravenna Road, Chardon as described below.

Lake-Geauga Recovery Centers, Inc. is a 501(c)(3), non-profit corporation which has been providing continuous service to the community for 48 years. The Center came into existence in 1971 in Lake County through the efforts of a group of recovering alcoholics whose goal then was to provide food, clothing, and shelter to chronic alcoholics and education to the general community about the illnesses of alcoholism and drug abuse. Lake-Geauga Recovery Centers, Inc., mission statement follows: "To promote lifelong recovery from addiction, through prevention, education and treatment, regardless of ability to pay". Since its beginning in 1971, Lake-Geauga Recovery Centers has earned a solid reputation for its effective outpatient and residential treatment programs addressing substance use disorders. Working closely with other social service agencies and various stakeholders, the agency has achieved a success rate significantly higher than the national average for long-term sobriety.

Lake-Geauga Recovery Centers offers outpatient treatment services at its Mentor, Painesville and Chardon offices, serving both Lake and Geauga Counties. The outpatient services include: intake, assessment, ambulatory detox, medication assisted treatment, education, referral, drug and alcohol individual and group counseling, gender specific groups, dual diagnosis groups and individual counseling, minority specific groups, family groups, aftercare, relapse prevention, intensive outpatient program, Opiate Recovery Program drug/alcohol testing, and psychiatrist consultation.

The Center operates four long-term, non-medical residential treatment facilities; Lake House, a sixteen bed men's residential treatment program and Oak House, a sixteen bed women's residential treatment program. Both facilities are located in Painesville, Ohio and offer a home-like atmosphere with easy access to public transportation, churches, YMCA, community 12-Step meetings, stores and social service agencies. These programs are unique in that children ages 3 and under may accompany their mother or father to treatment. Concord Pines which recently opened is a 16 bed men's facility located in Concord. Nevaeh Ridge is the Centers' special program for pregnant women and women with children ages 5 and under. By providing a stable, respectful, and structured living environment free from alcohol and drugs for this special population, we hope to increase the birth rate of drug-free babies, help maintain family ties, and ultimately strengthen our community. This year the agency celebrated the birth of our 21st drug-free baby.

Our primary goal for treatment services is to help our adult consumers achieve long-term recovery and an improved quality of life.

For prevention services, Lake-Geauga Recovery Centers strives to educate and inform the community on issues related to gambling, alcohol, tobacco and other drugs, especially focused on the reduction of abuse of alcohol and other drugs and increased support for recovery. The Center works with social, civic, business, church and school groups and organizations as well as all local citizens to increase their knowledge and understanding of the disease processes of alcoholism and addiction. In addition, a 72-hour driver intervention program called The Mike Link Driver Intervention Program is offered by the Center six - seven weekends per year.

Lake-Geauga Recovery Centers is recognized by the Ohio Department of Mental Health & Addiction Service and the Ohio Bureau of Workers' Compensation as a Technical Assistance Provider for all aspects related to Drug-Free Safety Programs. This service is marketed to local business and industry in order to promote safe work environments. The services include: program and policy development, employee and supervisor education, drug testing and consultation.

Lake-Geauga Recovery Centers provides prevention, education, outreach and treatment for Problem Gambling. The prevention programs are designed to benefit both the general public and specific at-risk populations. Education sessions provide new knowledge, encourage discussion, and help participants gain awareness and understanding around the growing issue of problem gambling. The sessions are offered at our agency and in the communities of Lake and Geauga counties. Lake-Geauga Recovery Centers has counselors on staff trained in problem gambling treatment by itself or as a dual-diagnosis. Outpatient services help individuals understand the elements and dynamics associated with their gambling condition. The goal is to aid individuals in being able to understand and recognize the signs and symptoms of their gambling problem and its present and future consequences.

To further enhance the continuum of care in Lake and Geauga Counties, Lake-Geauga Recovery Centers operates five Level II Recovery Houses. These homes are for 5 adults who have completed primary substance abuse treatment programs and for those adults who are over 30-days clean and sober who are seeking a drug and alcohol-free living environment. These individuals will be employed in the community, able to pay the established rent for a single or double furnished room, and will be fully engaged in a path of recovery. A Level II Recovery House, often called sober living homes, have a live-in house manager to monitor activities, offer support and accountability.

Despite the opening of five recovery houses, the need for expansion of sober housing in Geauga County is indisputable as evidenced by the fact that Lake-Geauga Recovery Centers' Recovery Houses have remained at 95-100% occupancy within a short time after opening. Further evidence of this fact is demonstrated in results from post-tests completed by residential treatment clients. Post-test survey results completed by women at Lake-Geauga Recovery Centers' residential treatment facilities, Oak House and Nevaeh Ridge, have increased in the last few years with 75% indicating concern about housing needs upon discharge. Lake-Geauga Recovery Centers has worked closely with other local housing agencies for individuals in need of low cost, longer-term individual housing units upon completion of primary treatment. While this has benefitted some, it has not provided the type of structure, support and drug-free living environment that is characteristic of a Recovery House. A Recovery House in Geauga County will help promote long term recovery, will facilitate individual's transition back into the community while remaining in a safe, sober environment.

Lake-Geauga Recovery Centers has a collaborative relationship with many community stakeholders.
Our key stakeholders and collaborators of this project in Geauga County include:

- Clients and families and their desperate need for our services
- Geauga County Job and Family Services
- Ravenwood Health
- WomenSafe
- Geauga County municipal court and common pleas court (including the Geauga Drug Court)
- Geauga County Juvenile Court
- Geauga County Jail Treatment Program
- Geauga County social service agencies
- Geauga County United Way
- Geauga County Board of Mental Health & Recovery Services

Lake-Geauga Recovery Centers also has a very strong, positive relationship with the 12- Step Community. For years the recovery community generously volunteers at all our program sites and locations, offering valuable support to those new in recovery. We embrace the 12-Steps as a core component of our treatment philosophy at Lake-Geauga Recovery Centers; many of our staff and members of our Board of Directors are grateful recovering addicts.

We have worked closely over the years with all of the above community partners to address alcohol and other drug dependency and the prevention and treatment of dependency in our community. This project addresses a strategy and plan to increase recovery housing for adults with substance use disorder and their families that impact all of our stakeholders. When collaboration among systems works well, the benefits to society can be enormous. For adults with substance use disorders, the possible benefits of effective collaboration have been and do include:

- Improved physical and mental health, including recovery from addiction
- Strengthening families
- The opportunity for education and employment
- Improved social functioning
- The opportunity to become a productive member of society
- To avoid further incarceration and/or legal charges

Lake-Geauga Recovery Centers has helped thousands of Geauga County residents begin their journey in recovery and turn their lives around. A new women's recovery house will welcome women of all ages trying to change their lives and sustain their recovery, strengthen their families, and will provide the supportive, safe environment where the hard and hopeful work towards recovery can begin.

Lake-Geauga Recovery Centers is proposing to open a Level II Recovery House at 12700 Ravenna Road. Individuals who reside there will be employed in the community and will be able to pay rent for a single or double furnished room. A Level II monitored residence, often called sober living homes, have a house manager who lives on site to monitor activities. Recovery houses offer a structured environment with support services, predominantly facilitated by peer providers, for people in recovery to gain access to an interim environment where they can transition from a very structured treatment environment to a more independent living environment. Recovery homes have shown favorable outcomes in research on sustained recovery when partnered with 12-Step programs.

The Recovery House will accept individuals with substance use disorders who have been clean and sober at least 30 days, at least 18 years of age, not a danger to themselves or others and can take care of themselves. Prospective clients must be involved in a 12-Step program of their choice and be active in recovery. To be admitted, applicants must fill out an application and submit it with two references from the 12-Step community, faith based community or counseling professional, and be interviewed by Lake-Geauga Recovery Centers Intake Coordinator, Residential Treatment Manger or Recovery House Manager.

Lake-Geauga Recovery Centers' Recovery House shall not limit a resident's stay to a specific length of time. In order to enhance recovery for our residents, residency is designed to be transitional and to afford the client sufficient time and resources with which to establish solid independent, healthy living arrangements. The Recovery House expectations include but are not limited to: No use of alcohol or drugs ; Participation in a Twelve Step program; Must be employed prior to taking residence or able to pay the established rent; Minimum of four twelve step meetings a week or approved faith based meetings per week; Twelve step sponsor or an established peer support person or network; Drug testing; Weekly attendance at house meetings; Compliance with outpatient treatment services if needed; House chores and proper care and maintenance of the home. The Recovery House Manager will be certified as a Peer Recovery Coach or a Chemical Dependency Counselor Assistant.

Lake-Geauga Recovery Centers will provide administrative oversight and will ensure a high quality Recovery House. The Center operates in compliance with the standards and certification requirements of the Ohio Department of Mental Health & Addiction Services (OMHAS) and the Commission on Accreditation of Rehabilitation Facilities (CARF). Such certification assures compliance with all applicable Federal and State regulations. Lake-Geauga Recovery Centers has consistently received exemplary site reviews by OMHAS and CARF and the organization as a whole remains committed to maintaining the superior quality in services and operations required for these certifications. In addition, four of the six recovery houses currently operated by Lake-Geauga Recovery Centers follow the National Association of Recovery Residence Standards for Recovery Residence are now certified by Ohio Recovery Housing Association.

The Recovery House will be incorporated into Lake-Geauga Recovery Centers' established and approved Health and Safety Plan, Risk Management Plan, Quality Improvement Plan, Accessibility Plan and administrative policies and procedures. These established administrative and quality standards provide protocols that will ensure clients' safety, quality clinical and accessibility practices and cultural competency. Through the receipt of clients' rent and the commitment of financial support from the Geauga County Board of Mental Health & Recovery Services, we will maintain the yearly operations of the recovery house. In addition, a portion of Lake-Geauga Recovery Centers' fundraising proceeds can also be allocated to the recovery house to offset the operating expenses if necessary.

Lake-Geauga Recovery Centers has established the following outcome measures for the Recovery House:
## Lake-Geauga Centers' Outcome Evaluation Plan / Recovery House

| Outcomes to be Measured | Collect and Measure Outcomes | Process of Data Collection |
|---|---|---|
| **Performance Target:** Of the clients admitted to our recovery house, 70% will complete all their recovery milestones during their residence in our recovery home at discharge, 60% will remain abstinent (self-reported) from alcohol and other drugs for six months post recovery stay, and 50% will remain abstinent (self-reported) from alcohol and other drugs for one year post recovery stay, and will report the following: 1) Positive, supportive relationships; 2) No new legal charges; 3) Positive, supportive living environment; 4) Quality of their lives are better; 5) Self-supporting/ employment (financial income). | • The client will agree as part as their housing agreement to participate in achieving and maintaining recovery house milestones during their residency.<br>• The House Manager in conjunction with the client will report progress in achieving recovery milestones using the milestones tracking form every six months. Tracking form will track for each established milestones (see milestones below) target date, achievement date for each milestone.<br>• The House Manager will contact each former client every six months for the first year after client leaves recovery home.<br>• Pre-survey filled out by client on admission and Post-survey completed upon exit, measuring client's concern with health, behavioral and social areas of life. | • During the course of the client's stay in the recovery house, the House Manager, in conjunction with the client will report on client's progress in achieving recovery milestones; reporting milestone results every six months to the Chief Operating Officer (COO) of Lake-Geauga Recovery Centers as long as the client resides in the recovery house.<br>• The House Manager will submit a report to the COO every six months on clients that have left the house over a one year period, achievement of Performance Target post recovery (see "Outcomes to be Measured").<br>• Collection and analysis of Pre and Post surveys |
| **Milestone 1:** Abstinence from illegal drugs and alcohol. | **Collection as Described Above.**<br>**Measure:** Random drug urinalysis and alcohol screening will be done during course of residency. | As described above, client's achievement of milestone |
| **Milestone 2:** Reduction in criminal justice involvement | **Collection as Described Above.**<br>**Measure:** Follow any conditions of probation, and no new arrests or known criminal activities. | As described above, client's achievement of milestone |
| **Milestone 3:** Social connectedness | **Collection as Described Above.**<br>**Measure:** Observed and reported social networks, sponsor, home group | As described above, client's achievement of milestone |
| **Milestone 4:** Maintain and secure employment/education | **Collection as Described Above.**<br>**Measure:** Observed and reported job employment, job trainings and involvement in education. | As described above, client's achievement of milestone |
| **Milestone 5:** Stability in housing | **Collection as Described Above.**<br>**Measure:** Follows house rules, pays rent timely, shares in upkeep of the home | As described above, client's achievement of milestone |
| **Milestone 6:** Reduction in health/behavioral/social consequences | **Collection as Described Above.**<br>**Measure:** Client will report improvement in these areas. Pre-survey done at time of admission to house and Post- survey done upon exiting, assessing concerns with these areas. | As described above, client's achievement of milestone |





Administrative Office
9083 Mentor Avenue
Mentor, OH 44060
(440) 255-0678 (TDY)
Fax (440) 255-6348
www.lgrc.us

November 25, 2019

Dear Neighbor,

Lake-Geauga Recovery Centers, Inc. is a 501(c)(3), non-profit corporation which has been providing continuous service to the community for 48 years. The Center came into existence in 1971 through the efforts of a group of recovering alcoholics whose goal then was to provide food, clothing, and shelter to chronic alcoholics and education to the general community about the illness of alcoholism and drug abuse. Lake-Geauga Recovery Centers, Inc., mission statement follows: *"To promote lifelong recovery from addiction, through prevention, education and treatment, regardless of ability to pay"*. Since its beginning, Lake-Geauga Recovery Centers has earned a solid reputation for its effective outpatient and residential treatment programs addressing substance use disorders. Working closely with other social service agencies and various stakeholders, the agency has achieved a success rate significantly higher than the national average for long-term sobriety.

In addition to comprehensive outpatient services, and long term residential treatment services, the Center also operates Recovery Houses to further enhance the continuum of care in Lake and Geauga Counties. A recovery house provides a safe, supportive, drug and alcohol free living environment for individuals once they have completed a primary treatment program. The recovery home provides them an opportunity to live with other recovering men or women who share not only a home, but also a common bond of sobriety. The Level II Recovery Houses currently operated by Lake-Geauga Recovery Centers provide housing for 5 adults who have completed primary substance abuse treatment programs, are over 60-days clean and sober and who are seeking a drug and alcohol-free living environment. These individuals will be employed in the community, able to pay the established rent for a single or double furnished room, and will be fully engaged in a path of recovery. Those seeking residence in the recovery house do so voluntarily and must complete a rigorous screening and application process.

A Level II Recovery House has a live-in house manager to monitor activities, offer support and accountability, however no services are provided at the recovery house. The four recovery houses currently operated by Lake-Geauga Recovery Centers follow the National Association of Recovery Residence Standards for Recovery Residence and are certified by Ohio Recovery Housing Association.

Lake-Geauga Recovery Centers plans to open a home at 12700 Ravenna Road in Munson Twp. for 5 adult women in Geauga County for a Level II Recovery House. We would like to invite you to an informational session to learn more about Lake-Geauga Recovery Centers and our newest recovery house, Twelve Meadows. **The informational session will be held Thursday, December 12th at 6:00pm at the Geauga Board of Mental Health and Recovery Services, 13244 Ravenna Road, Chardon.**

Lake-Geauga Recovery Centers has helped thousands of Geauga County residents begin their journey in recovery and turn their lives around. A new women's recovery house will welcome women of all ages to sustain their recovery, strengthen their families, and become an enthusiastic, contributing member of our community.

I hope you will join us for the informational session on December 12th. If you have any questions prior to the event, please feel free to contact me or Larry Kappler, Chief Operating Officer, at 440-255-0678. Also, for further information about Lake-Geauga Recovery Centers, you may visit our website at www.lgrc.us.

Best Regards,

*Melanie Blasko*

Melanie J. Blasko
President & CEO



United Way of Lake & Geauga Counties

### MENTOR
Outpatient and Administrative
9083 Mentor Avenue • Mentor, OH 44060

### CHARDON
209 Center Street, Unit E • Chardon, OH 44024

### PAINESVILLE
134 S. St. Clair Street. • Painesville, OH 44077

### OAK HOUSE
Women's Residential Treatment
800 Oak Street • Painesville, OH 44077

### LAKE HOUSE
Men's Residential Treatment
796 Oak Street • Painesville, OH 44077

### NEVAEH RIDGE
Women's Residential Treatment
9652 Old Johnnycake Ridge Road • Mentor, OH 44060

### CONCORD PINES
Men's Residential Treatment
7301 Ravenna Road • Concord, OH 44077

### WATER STREET
Recovery House for Men
114 Water Street • Chardon, OH 44024

### BILL HORVATH HOUSE
Recovery House for Men
42 E. Jackson Street • Painesville, OH 44077

### NOWLEN MANOR
Recovery House for Women
8441 Nowlen Street • Mentor, OH 44060

### EIGHTY-FORTY-ONE
Recovery House for Women
8041 Mentor Avenue • Mentor, OH 44060

### THE MEIGS
Recovery House for Men
805 Meigs Avenue • Painesville, OH 44077

### TWELVE MEADOWS
Recovery House for Women
12700 Ravenna Road • Chardon, OH 44024

**(440) 255-0678 (TDDY)**
Fax: (440) 255-6348
E-mail info@lgrc.us / Website: www.lgrc.us

---

The following contribute to the Center's treatment and prevention services.

 Lake County Alcohol, Drug Addiction, and Mental Health Services Board

 Geauga County Board of Mental Health and Recovery Services

 Ohio Department of Mental Health and Addiction Services

 United Way of Lake and Geauga Counties

Lake-Geauga Recovery Centers, Inc. is certified by the Ohio Department of Mental Health and Addiction Services and the Commission on Accreditation of Rehabilitation Facilities.

---



## Agency Information



### Mission Statement
To promote lifelong recovery from addiction through education, prevention, and treatment regardless of ability to pay.

### Vision Statement
Lake-Geauga Recovery Centers aspires to provide premier behavioral healthcare services. We strive for excellence through proven practices and for leadership in partnering with community organizations to work towards an addiction-free society.

## About Lake-Geauga Recovery Centers

Lake-Geauga Recovery Centers, Inc. is a private non-profit agency, providing continuous service to the community since 1971.

At every level .from prevention to residential recovery services, we offer a message of hope to individuals, families, groups, and entire communities.

The Center provides a wide range of services for adults whose lives have been affected by their own or another's use of alcohol or other drugs, by problem gambling, or by mental illness.

Licensed, trained professionals offer support, education, and counseling to individuals, families, businesses, other service providers, and the community at large.

Our goal for treatment services is to help individuals achieve long-term recovery and an improved quality of life.

### Ambulatory Detox

The Center offers ambulatory detox for individuals struggling with opiate addiction and withdrawal. Medications are provided to assist individuals with the intensely uncomfortable, but non-life threatening, withdrawal symptoms.

### Outpatient Services

Assessments • Drug Testing • Individual Counseling • Group Counseling • Intensive Outpatient Treatment • Dual Diagnosis • Relapse Prevention • Family Group • Geauga Jail Treatment Program • Video Therapy • Peer Recovery Support Partial Hospitalization Program • Gender Specific Groups • Tobacco Cessation

### Dual Diagnosis

Individuals struggling with addiction and mental health issues, also called dual diagnosis, require an integrated, dual diagnosis treatment plan addressing both disorders simultaneously. Individual and group sessions provide more targeted education and support by counselors specially trained in the treatment of co-occurring disorders. By combining treatment of both addiction and mental health issues, relapse rates are lowered and chances of long-term abstinence are greater.

### MAT

The Medication Assisted Treatment program utilizes evidence based practices at an appropriate level of care for a minimum of 12-18 months. The medication helps reduce problems of craving, reduces relapse potential and increases an individual's ability to engage in treatment and focus on recovery. Medications are only prescribed as part of a comprehensive treatment plan and individuals are expected to participate in a therapeutic level of care such as outpatient or residential treatment.

### Residential Treatment

Lake-Geauga Recovery Centers operates long-term residential treatment programs for men, women and pregnant women. These residential treatment programs have been designed to provide a structured, nurturing, therapeutic environment in which individuals can develop the skills, insight and support necessary to achieve long-term sobriety. Oak House for women and Lake House for men are unique in that children ages 3 and under may accompany their mother or father to treatment, thereby reducing the barrier to accessing treatment services. Neveah Ridge, welcomes pregnant women and women with children ages 5 and under. These women receive specialized and enhanced services designed to meet their unique needs and help establish a solid foundation in recovery and long-term sobriety. Concord Pines also provides residential treatment services for men.

The facilities offer a home-like atmosphere with easy access to public transportation, churches, YMCA, community 12-step meetings, stores and social service agencies.

### Recovery Housing

For individuals seeking a safe, sober and healthy living environment following the completion of primary treatment, the Center offers Recovery Housing. These residential, single-family homes provide additional support to promote recovery from alcohol and drugs. With self-determined lengths of stay, residency is designed to be transitional and to afford the individual sufficient time and resources with which to establish solid, independent and productive living arrangements.

### Grief Support Group

Anyone who has experienced the sudden loss of a loved one through drugs or alcohol knows that society treats that type of death in a much different manner than a death from any other cause. Although addiction is a disease much like any other medical illness, many do not understand this. Lake-Geauga Recovery Centers' grief support group offers help, comfort and understanding to assist individuals recovering from this unique loss and provide assistance, encouragement and hope to move forward in rebuilding their lives.

### Prevention

Our prevention services strive to educate the community about issues related to alcohol, tobacco and other drugs, problem gambling, and focus on the reduction of abuse through sound prevention strategies. The programs are provided for social, civic, business, religious, and school groups.

- Mike Link Driver Intervention Program
- Drug Free Safety Programs
- Community Coalitions
- Problem Gambling Education
- Professional Development/Training & Speakers Bureau
- Alcohol, Tobacco and Other Drug Prevention and Education Programs



ACKNOWLEDGED & ACCEPTED

_____

_____

## GENERAL WARRANTY DEED

**AUDREY L. SCHUETZMAN,** a single person, for valuable consideration paid, grants, with general warranty covenants, to **LAKE-GEAUGA RECOVERY CENTERS, INC.,** an Ohio Corporation for Non-Profit, the following real property:

Situated in the Township of Munson, County of Geauga and State of Ohio:

And known as being part of Lot No. 30, Tract No. 3, within the said Township and described as follows:

Beginning in the center line of Ravenna Road at a point which is 150.0 feet northerly along said center line from the northeasterly corner of lands conveyed to E.R. Painter et al, by deed recorded in Volume 286, Page 491 of Geauga County Records of Deeds;

Thence North 89° 15' West, parallel to the northerly line of said Painters lands 436.0 feet;

Thence North 0° 45' East, parallel to the said road center line 150.0 feet;

Thence South 89° 15' East 436.0 feet to said center line;

Thence South 0° 45' West along said center line 150.0 feet to the place of beginning, containing 1.50 acres, be the same more or less, but subject to all legal highways.

Tax Mailing Address: _____

Except (a) any mortgage assumed by Grantee; b) such restrictions, conditions, easements (however created) and encroachments as do not materially adversely affect the use or value of the property; c) zoning ordinances, if any; and d) taxes and assessments, both



# OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
## Schedule A
## Commitment

File Number: V1906397

Address Reference: 12700 Ravenna Road, Chardon, OH 44024

1. Effective Date:  June 25, 2019 at 07:59 AM

2. The policy or policies to be issued are:                                Amount

   (a)  Owner's Policy:                                               $ 259,000.00
        Proposed Insured:
        ALTA Own. Policy (06/17/2006)
        Lake Geauga Recovery Centers, Inc.

   (b)  Loan Policy:
        Proposed Insured:
        ALTA Loan Policy (06/17/2006)

3. The estate or interest in the land described or referred to in this Commitment is Fee Simple.

4. Title to the Fee Simple estate or interest in the land is at the Effective Date vested in: Audrey L. Schuetzman, as vested in the Warranty Deed as recorded on June 28, 2013 in OR Book 1953, Page 3348 of Geauga County Records..

5. The land referred to in this Commitment is described as follows:

   See Exhibit A - Legal Description attached hereto.

ACKNOWLEDGED & ACCEPTED

(X)

Copyright 2006-2009 American Land Title Association. All rights reserved.

The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN
LAND TITLE
ASSOCIATION

ORT Form 4308 A
Schedule A
ALTA Commitment for Title Insurance 6/06

(V1906397.PFD/V1906397/20)



**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**
Schedule B - Section I
Commitment

## REQUIREMENTS

File Number: V1906397

Effective Date: June 25, 2019

The following are the requirements to be complied with:

1. Pay the agreed amounts for the interest in the land and/or the mortgage to be insured.

2. Pay us the premiums, fees and charges for the policy.

3. Documents satisfactory to us creating the interest in the land and/or the mortgage to be insured must be signed, delivered and recorded.

4. You must tell us in writing the name of anyone not referred to in this Commitment who will get an interest in the land or who will make a loan on the land. We may then make additional requirements or exceptions.

5. Release of Mortgages and/or Liens in Schedule B, Section II if any.

Copyright 2006-2009 American Land Title Association. All rights reserved.

The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



AMERICAN
LAND TITLE
ASSOCIATION

ORT Form 4308 BI
Schedule B I
ALTA Commitment for Title Insurance 6/06

(V1906397.PFD/V1906397/20)