**JOHN M. MAJER**
5134 N. Ashland Ave., # 2
Chicago, IL 60640, USA
jmajer@ccc.edu
773-502-3833

## EDUCATION

2004        Ph.D., Clinical Psychology (APA accredited) with emphasis in Community Psychology, DePaul University, Chicago, IL

2000        MA, Clinical Psychology, DePaul University, Chicago, IL

1993        MA, Counseling Psychology, Bowie State University, Bowie, MD

1990        BS, Psychology (*Magna Cum Laude*), Bowie State University

## ACADEMIC APPOINTMENTS

2006 – Present   City Colleges of Chicago, Chicago, IL
*Professor of Psychology*

2004 – Present   The Center for Community Research, DePaul University, Chicago, IL
*Research Associate*

2000 – 2004   DePaul University, Psychology Department, Chicago, IL
*Affiliate Faculty Member*

1998 – 2002   DePaul University, School of Education, Chicago, IL
*Visiting Instructor, Affiliate Faculty Member*

1993 – 1997   Anne Arundel Community College, Arnold, MD
*Adjunct Professor of Psychology*

## PROFESSIONAL EXPERIENCE

1/11– Present   **Social Sciences Department, City Colleges of Chicago/Harry S. Truman College, Chicago, IL**
*Professor of Psychology*. Full-time tenured faculty. Developed two psychology courses: Special Topics Course in Psychology (PSYCH 299), and Research and Statistical Methods for the Behavior Sciences (PSYCH 240). Other courses taught include General Psychology, Child Psychology, Abnormal Psychology, Psychology of Personality, Life Span Developmental Psychology.

8/06 – 12/10   **Humanities, Social Sciences, and Foreign Languages Department, City Colleges of Chicago/Richard J. Daley College, Chicago, IL**

MAJER   2

*Department Chair (8/08-12/10), Assistant Professor of Psychology*. Full-time, tenured psychology faculty; various campus-wide involvement including: Coordinating faculty searches; Course scheduling; Faculty Council; Faculty Development Training; Student Disciplinary Committee, Strategic Initiative Planning; Assessment of Student Learning Outcomes for Department Courses; Faculty sponsor and founder of Psychology Club; co-founder of the City Colleges of Chicago's Inter-college Psychology Committee.

9/04 – Present  **Center for Community Research, DePaul University, Chicago, IL** *Research Associate (2004-2006)/Consultant (2006-present)*. Grant writing to support ongoing community-based research for persons with substance use disorders; consulting for current projects. Proposed investigations include examining the social neuroscience of relapse, mediators of mental health outcomes, health disparities among African-American women exiting the criminal justice system, and psychiatric comorbidity among substance abusers living in self-run, residential treatment. Previous investigations include published reports on psychiatric severity, sociodemographic characteristics, self-efficacy, social support, coping strategies, cognitive resources, existentialism, and twelve-step involvement related to outcomes among recovering persons living in self-run settings. Received weekly supervision from licensed psychologist (2004-2006). Duties include mentoring doctoral students; supervising junior staff, post-bachelor and undergraduate volunteers; manuscript reviews and collaborative scholarly reports.

8/03 – 9/04  **Argosy University, Rolling Meadows, IL** *Pre-Doctoral Psychology Intern*. Provided advanced psychodiagnostic testing, rapid assessment diagnostics, individual and group therapy, crisis intervention, program development, and supervision of advanced graduate practica students at the Illinois Department of Corrections.

7/02 – 2/03  **Illinois Masonic Medical Center, Chicago, IL** *Mental Health Counselor*. Brief therapy with severely disturbed psychiatric patients within an inpatient hospital setting. Duties included brief crisis intervention, working within multidisciplinary treatment teams, documentation, milieu management.

7/01 – 7/02  **DePaul University, School of Education, Chicago, IL** *Visiting Instructor*.  Full-time instructor and internship supervisor for Graduate students in the Human Services and Counseling track. Taught graduate courses in Marriage & Family Counseling; Counseling Skills for Effective Human Interaction; Clinical Internship; Child, Family, and the Multicultural Community; Life Span: Adolescence Through the Aging Years; Group Counseling for the Human Services; and an undergraduate course in Child and Family in

the Urban Environment. Reader for students' thesis committee, clinical internship supervisor, and member of the Student Progress Committee.

9/98 – 7/04    **DePaul University, Department of Psychology, Chicago, IL**
*Research Assistant, Affiliate Faculty Member.*  Research assistant for the Oxford House project under the supervision of Leonard A. Jason, Ph.D.  Responsibilities include literature reviews, research design, data collection and analyses, and assisting Dr. Jason with blind manuscript reviews. Taught upper-level undergraduate courses in Methods of Psychological Inquiry; Alcoholism, Drug Addiction and Recovery; Abnormal Psychology; Invisible Illnesses: Mental Health Problems in Contemporary Society (a community-based, service learning course). Also taught lower-level courses in Introduction to Psychology; Cultural Issues in Psychology; and created and taught Psychology of LGBT persons (PSYCH 213) within the Psychology Department.

9/98 – 6/01    **DePaul University, School of Education, Chicago, IL**
*Affiliate Faculty Member.* Co-facilitated Group Counseling courses under the supervision of Sr. Frances Ryan, Ph.D., Coordinator of the Human Services and Counseling program.

8/00 – 6/01    **Grant Hospital, Lifeline Program, Chicago, IL**
*Therapist.*  Third-year graduate student externship.  Responsible for assessing, diagnosing, and treating a diverse population of persons with severe mental illness and mentally ill substance abusers (MISA). Provided individual and group psychotherapy, intake assessment, supervision to practica students, and psychoeducational workshops. Received individual and group supervision by Sheldon Greenberg, MD.

9/98 – 7/00    **DePaul University Community Mental Health Center, Chicago, IL**
*Therapist.*  First and second-year graduate student practica. Responsibilities included psychosocial assessment and treatment with a diverse population of children and families. Provided individual child and family psychotherapy.  Additional responsibilities included psychodiagnostic testing, consultation with day care and elementary school teachers, and co-leading a social skills development group for children. Volunteered for summer caseload in 1999.

3/98 – 8/98    **Anne Arundel County Department of Health, Annapolis, MD**
*Mental Health Assessor.*  Responsible for diagnosing and recommending psychiatric and substance abuse treatment for criminal justice system offenders. Consultation with district court prosecutors and judges, outreach with County's Division of Parole and Probation, and involved with County's drug-court initiative for criminal justice.

11/97 – 4/98     **Baltimore Behavioral Health, Baltimore, MD**
*Director of Outpatient Services*.  Coordinator of services for intensive outpatient and partial hospitalization programs for substance abusers and mentally ill substance abusers (MISA). Responsible for program development and planning for individuals with psychoactive substance disorders, critical paths development for comprehensive substance abuse treatment, staff supervision, assessment, diagnostic and discharge summarization.

12/95 – 8/97     **Johns Hopkins Hospital, Henry Phipps Clinic of Psychiatry, Baltimore, MD**
*Addiction Therapist*.  Provided group and individual therapy, participated in multidisciplinary treatment rounds, milieu management, emergency department intakes, conducted psychoeducational group presentations pertaining to substance abuse, HIV/AIDS prevention and treatment, post acute withdrawal syndrome, coping strategies, and positive health practices. Networked with community organizations to create and maintain current directory of residential referral resources. Involved in community outreach HIV/AIDS transmission prevention program. Designed and maintained intervention outcome database to track patients' linkage to referral sites. Participated in critical paths development committee and Intensive Treatment Unit research team.

9/93 – 9/97     **Anne Arundel Community College, Arnold, MD**
*Adjunct Professor of Psychology*.  Taught introductory psychology courses to returning (evening) students.

3/93 – 12/95     **Hope House, Inc., Crownsville, MD**
*Primary Therapist*.  Multidisciplinary treatment team leader for case management of substance abusers within a 3-6 week intermediate care facility that operated within. Responsible for conducting comprehensive biopsychosocial assessments, treatment planning, coordinating aftercare, group and individual therapy, and didactic presentations. Other duties included serving as coordinator for clinical privileging of staff and supervision of undergraduate and graduate students.

5/92 – 4/94     **New Life Addiction Counseling Services, Pasadena, MD**
*Counselor, Consultant*.  Fulltime counselor in an intensive outpatient program for substance abusers and part-time consultant for drunk driving offenders program. Responsible for conducting psychosocial assessment, treatment planning, discharge planning/summarization, and negotiating with managed care organizations for financial reimbursement.

MAJER   5

4/90 – 1/92 **Raft House, Inc., Crownsville, MD**
*Addictions Counselor, Counselor Trainer, and Statistician*. Counselor for substance abusers in a long term, residential treatment facility. Responsible for conducting psychosocial assessments, treatment planning and discharge planning/summarization. Served as trainer for new staff and statistician for collecting and analyzing data for measuring treatment outcomes.

9/89 – 5/90 **New Beginnings at the Meadows, Gambrills, MD**
*Psychologist's Assistant, Treatment Aid*. Aided psychologist with administering and scoring psychological tests to patients, aid to substance abuse treatment staff in an intermediate care facility, milieu management.

## HONORS

Fellowship Stipend, DePaul University, 1998-2001.
Magna Cum Laude, Bowie State University, 1990.

## WORKS IN PROGRESS AND PAST WORKS

**R01 Grants:**

Co-wrote a participatory action research grant proposal to examine health disparities and HIV risk among African-American women who are exiting the criminal justice system. Submitted April 2006; revised and resubmitted December 2007; Funded in 2008 (National Center on Minority Health and Health Disparities; grant MD002748).

**Diagnostics:**

Developed the Rapid Assessment/Diagnostic (RAD) instrument, which is a brief diagnostic interview schedule, for inmates at Illinois Department of Corrections at Statesville. Collaborated with mental health team in constructing a tracking system for program evaluation.

**Measures:**

Developed the *Beliefs in Educational Success Test (BEST)*, which measures self-efficacy for education among students in higher education settings with good construct validity and excellent internal consistency.

Majer, J. M. (2006). Beliefs in Educational Success Test (BEST). Unpublished instrument.

**Current project:**

"An Examination of Persons Receiving Medication Assisted Treatments Residing in Abstinence-Based Recovery Homes." This longitudinal study aims to examine the effects of abstinence-based recovery home settings among persons recovering from substance use disorders who receive (and do not receive) medication assisted treatments.

## MANUSCRIPTS
**(students' names are also boldfaced throughout this CV)**

Majer, J. M. Optimism, abstinence self-efficacy, and self-mastery among Oxford House residents. Dissertation successfully defended November 6, 2002. Condensed into Majer et al. (2004), below.

Meutia, T. R., Malay, E. D., **Bobak**, T., & **Majer**, J. M. Academic self-efficacy among Indonesian college students: An examination of an Indonesian version of the Beliefs in Educational Success Test (BEST). Manuscript in progress.

## PEER-REVIEWED PUBLICATIONS
**(_not_ contingent upon author publication fees; R-refereed, I-invited, student authors boldfaced)**

R     Jason, L. A., **Majer**, J. M., **Bobak**, T. J., & O'Brien, J. (in press). Medication Assisted Therapy and recovery homes. In L.A. Jason & R. Harvey (Eds.), Recovery homes: Providing inexpensive and accessible community-based support. *Journal of Prevention and Intervention in the Community.*

R     Jason, L. A., **Bobak**, T. J., O'Brien, J., & **Majer**, J. M. (in press). Recovery homes coping with COVID-19. In L.A. Jason & R. Harvey (Eds.), Recovery homes: Providing inexpensive and accessible community-based support. *Journal of Prevention and Intervention in the Community.*

R     **Majer**, J. M., **Bobak**, T., & Jason, L. A. (2021). Homophily effects among Oxford House residents utilizing medication assisted treatment. *Alcoholism Treatment Quarterly, 39(1)*, 16-29. https://doi.org/10.1080/07347324.2020.1738296

R   **Majer**, J. M., Jason, L.A., Norris, J., **Hickey**, P., **Jeong**, H., & **Bobak**, T. (2020). Medications for opioid use disorder utilization among Oxford House residents. *Community Mental Health Journal, 56*, 925-932. https:/doi.org/10.1007/s10597-020-00558-y

R   **Majer**, J. M., Jason, L. A., **Hickey**, P., Norris, J., **Jeong**, H., & **Bobak**, T. (2020). Social support among Oxford House residents utilizing medication assisted treatments. *Alcoholism Treatment Quarterly, 38(2)*, 199-214. https:/doi.org/10.1080/07347324.2019.1678445

(30)R   **Majer**, J. M., Beasley, C., Stecker, E., **Bobak**, T. J., Norris, J., **Nguyen**, H. M., **Ogata**, M., Siegel, J., Wiedbusch, E., Dovale, I., Gelfman, N., Callahan, S. & Jason, L. A. (2018). Oxford House residents' attitudes toward medication assisted treatment use in fellow residents. *Community Mental Health Journal*, *54*, 571-577 https://doi.org/10.1007/s10597-017-0218-4.

R   **Majer**, J. M., Beasley, C., & Jason, L. A. (2017). Suicide attempts and personal need for structure among ex-offenders. *International Journal of Offender Therapy and Comparative Criminology, 61*, 334-346. doi: 10.1177/0306624X15595981

R   **Majer**, J. M., **Harris**, J., & Jason, L. A. (2017). An examination of women ex-offenders with methadone histories. *International Journal of Offender Therapy and Comparative Criminology, 61*, 711-723. doi: 10.1177/0306624X15600834

R   **Majer**, J.M., Chapman, H.M., & Jason, L.A. (2016). Abstinence self-efficacy and substance use at two years: The moderating effects of residential treatment conditions, *Alcoholism Treatment Quarterly, 34 (4)*, 386-401. http://dx.doi.org/10.1080/07347324.2016.1217708

R   **Majer**, J.M., **Plaza**, C., & Jason, L.A. (2016). Abstinence social support among ex-prisoners with substance use disorders. *The Prison Journal,* 96, 814-827. doi: 10.1177/0032885516671890

R   **Majer**, J. M., Callahan, S., **Stevick**, K., & Jason, L. A. (2016). Social influences of abstinence self-efficacy among justice involved persons. *Journal of Social Work Practice in the Addictions*, *16 (3)*, 252-265.  doi: 10.1080/1533256X.2016.1200054

R   **Majer**, J. M., Chapman, H. M., & Jason, L. A. (2016). Comparative analysis of treatment conditions upon psychiatric severity levels at two years among justice involved persons. *Advances in Dual Diagnosis, 9 (1)*, 38-47. doi: 0.1108/ADD-07-2015-0015

R   **Majer**, J. M., Salina, D. D., & Jason, L. A. (2016). Social support among

substance using women with criminal justice involvement. *Journal of Forensic Social Work, 5*, 116-129. doi: 10.1080/1936928X.2015.1075167

R      **Majer**, J. M., Olson, B. D., Komer, A. C., & Jason, L. A. (2015). Motivation among ex-offenders exiting treatment: The role of abstinence self-efficacy. *Journal of Offender Rehabilitation, 54*, 161-174. doi: 10.1080/10509674.2015.1023483

R, I   **Majer**, J. M., Komer, A. C., & Jason, L. A. (2015). Psychiatric severity and HIV-risk sexual behaviors among persons with substance use disorders. Invited paper, *Journal of Dual Diagnosis, 11*, 3-11. doi: 10.1080/15504263.2014.990802.

(20)R  **Majer**, J. M., **Payne**, J. C., & Jason, L. A. (2015). Recovery resources and psychiatric severity among persons with substance use disorders. *Community Mental Health Journal, 51*, 437-444. doi: 10.1007/s10597-014-9762-3

R      **Majer**, J. M., Glantsman, O., **Palmer**, J., & Jason, L. A. (2015) Predictors of abstinence self-efficacy: Examining the roles of HIV-risk sexual behavior and incarceration histories among ex-offenders. *Journal of Social Service Research, 41*, 39-48. doi: 10.1080/01488376.2014.935559

R      **Majer,** J. M., **Rodriguez**, J., **Bloomer**, C., & Jason, L. A. (2014). Predictors of HIV-risk sexual behavior: Examining lifetime sexual and physical abuse histories in relation to substance use and psychiatric problem severity among ex-offenders. *Journal of the American Psychiatric Nurses Association, 20*, 138-146. doi: 10.1177/1078390314527552

R      **Majer**, J. M., Beers, K. & Jason, L. A. An examination of the first Oxford House in the UK: A preliminary investigation. (2014). *Drugs: Education, Prevention, & Policy*. Early online, 1-10. doi: 10.3109/09687637.2013.876974

R      DiGangi, J. A., **Majer**, J. M., Mendoza, L., Droege, J. R., Jason, L. A., & Contreras, R. (2014). What promotes wisdom in 12-step recovery? *Journal of Groups in Addiction & Recovery, 9*, 31-39. doi: 10.1080/1556035X.2013.836869

R      **Majer**, J. M., Jason, L. A., Aase, D. M., Droege, J. R., & Ferrari, J. R. (2013). Categorical 12-step involvement and continuous abstinence at two-years. *Journal of Substance Abuse Treatment, 44*, 46-51. doi:10.1016/j.jsat.2012.03.001

R      **Majer**, J. M., Droege, J. R., & Jason, L. A. (2012). Coping strategies in

recovery:  More evidence for categorical twelve-step involvement. *Journal of Groups in Addiction & Recovery, 7*, 3-14. doi:10.1080/1556035X.2012.632317

R   **Majer,** J. M., Angulo, R.S., Aase, D. M., & Jason, L. A. (2011). Gambling behaviors among Oxford House Residents: A preliminary investigation. *Journal of Social Service Research, 37*, 1-6. 10.1080/01488376.2011.578037

R   **Majer**, J. M., Jason, L. A., Ferrari, J. R., & Miller, S. A. (2011). Twelve-step involvement among a U.S. national sample of Oxford House residents. *Journal of Substance Abuse Treatment, 41*, 37-44. doi:10.1016/j.jsat.2011.01.010

R   **Majer**, J. M., Droege, J. R., & Jason, L. A. (2010). A categorical assessment of twelve-step involvement in relation to recovery resources. *Journal of Groups in Addiction & Recovery, 5*, 155-167. doi:10.1080/15560351003766158

R   **Majer**, J. M. (2009). Self-efficacy and academic success among ethnically diverse first generation community college students. *Journal of Diversity in Higher Education, 2*9, 243-250. doi: 10.1037/a0017852

R   Aase, D. M., Jason, L. A., Olson, B. D., **Majer**, J. M., Ferrari, J. R., Davis, M. I., & Virtue, S. M. (2009). A longitudinal analysis of criminal and aggressive behaviors among a national sample of adults in mutual-help recovery homes. *Journal of Groups in Addiction & Recovery, 4*, 82-91. doi: 10.1080/15560350802712454

R   **Majer**, J. M., Jason, L. A., North, C.S., Ferrari, J. R., Porter, N. S, Olson, B. D., Davis, M. I., Aase, D., & Molloy, J. P. (2008). A longitudinal analysis of psychiatric severity upon outcomes among substance abusers residing in self-help settings. *American Journal of Community Psychology, 42*, 145-153. doi: 10.1007/s10464-008-9190-z

R   Jason, L. A., Olson, B. D., Ferrari, J. R., **Majer**, J. M., Alvarez, J., & Stout, J. (2007). An examination of main and interactive effects of substance abuse recovery on multiple indicators of adjustment. *Addiction, 102*, 1114-1121. doi:10.1111/j.1360-0443.2007.01846.x

R, I   **Majer**, J. M., Jason, L. A., & Olson, B. D. (2004). Optimism, abstinence self-efficacy, and self-mastery: A comparative analysis of cognitive resources. Invited paper. *Assessment, 11*, 57-63. doi: 10.1177/1073191103257139

R   **Majer**, J. M., Jason, L. A., Ferrari, J. R., Olson, B. D., & North, C. S. (2003). Is self-mastery always a helpful resource? Coping with paradoxical findings in relation to optimism and self-efficacy. *American Journal of Drug and Alcohol Abuse, 29*, 385-399. doi: 10.1081/ADA-120020520

R    **Majer**, J. M., Jason, L. A., Ferrari, J. R., Venable, L. B. & Olson, B. D. (2002a). Social support and self-efficacy for abstinence: Is peer identification an issue? *Journal of Substance Abuse Treatment*, *23*, 209-215.

R    **Majer**, J. M., Jason, L. A., Ferrari, J. R., & North, C. S. (2002b). Comorbidity among Oxford House residents: A preliminary outcome study. *Addictive Behaviors, 27,* 837-845.

R    **Majer**, J. M. (1992). Assessing the logotherapeutic value of 12-step therapy. *The International Forum for Logotherapy, 15,* 86-89.

R, I   **Majer**, J.M. (2017). Community College: A place for community psychology in action. Invited book chapter in Viola, J. & Glantsman, O. (eds.) *Careers in Community Psychology*. Oxford University Press: New York


## OTHER PUBLICATIONS

I    **Majer**, J. M. & **Bobak**, T. (2017). MCOs and Medications: Contextual Factors that Influence Psychiatric Comorbidity Assessment. Invited paper. *Sober World*.

I    **Majer**, J. M., Jason, L. A., & Ferrari, J. (2014). Understanding 12-step involvement from a research perspective. Invited paper, *Counselor Magazine, 15*, 64-69.

I    **Majer**, J. M. (2009). Using self-disclosure and personal example to introduce undergraduate students to community psychology. Invited paper, *The Community Psychologist*, 42*,* 12-16.

Danielwicz, J., Deaner, J., Garcia, R., Hsu, T., Nelson, C., Shagott, T., Alvarez, J., Davis, M., Ferrari, J., Jason, L., **Majer**, J., & Olson, B. (2005). Oxford House: A place called home. *Family Therapy, 4*, 24-27.

Bloodworth, M., Kapung, C., **Majer**, J. M., McDonald, K., Sharma, A., Viola, J., Wilson, B. (2004). Student reflections on community research practices and its implications. In Keys, C. & Jason, L.A. (eds.), *Capturing Theory and Methodology in Participatory Research*. The American Psychological Association: Washington, D.C.

**Majer**, J. M. (2002c). The second Chicago Conference: A participatory reflection. *The Community Psychologist, 35*, 19-20.

Bloodworth, M., Chimata, R., Kapung, C., **Majer**, J. M., McDonald, K., Sharma,

A., Viola, J., & Wilson, B. (2002). Student consensus panel reflections on the Second Chicago Conference on Community Research: Participatory Methods. *The Community Psychologist, 35*, 17-18.

## PROFESSIONAL PRESENTATIONS

**Majer**, J. M., **Bobak**, T. J., **Hickey**, P., & **Norris**, J. (August, 2019). Oxford House research and upcoming studies. Papers presented at the 21st Oxford House World Convention, Washington, DC.

**Majer**, J. M., Torres-Harding, S., Jason, L. A., Evans, S., Belyaev-Glantsman, O., **Bobak**, T., & O'Brien, J. (June, 2019). *Open-Access: How do we connect communities with advances in science*? Town Hall Meeting presented at the 17th Biennial Society for Community Research and   Action Conference (APA Division 27), Chicago, IL.

**Jeong**, H., Townley, G., Cummings, C., Mihelicova, M., Brown, M., Leickly, E., & **Majer**, J. M. (June, 2019). *Conceptualizations of individuals with substance use disorder: Combatting stigma.* Papers presented for the symposium, *Including individuals with lived experiences of mental illness and substance use disorders in research: Case examples and lessons learned*, presented at the 17th Biennial Society for Community Research and   Action Conference (APA Division 27), Chicago, IL.

Lin, J., O'Brien, J., Porcaro, A., Wiedbusch, E., Chaparro, J., Nguyen, R., & **Majer**, J. M. (April, 2019). *Abstinence vs. harm reduction: An international comparison of recovery strategies*. Roundtable discussion presented at the 91st Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

(90) **Bobak**, T., Cummings, C., Guerrero, M., Pierre-Louis, C., O'Brien, J., Klebek, L…**Majer**, J. M. (April, 2019). *Our challenge: Reducing health disparities among the underserved and underrepresented*. Roundtable discussion presented at the 91st Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

Norris, J., **Hickey**, P., **Jeong**, H., O'Brien, J., & **Majer**, J. M. (April, 2019). *Community immersion: The benefits of insight on the inside*. Roundtable discussion presented at the 91st Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

**Hickey**, P., Norris, J., **Jeong**, H., O'Brien, J., & **Majer**, J. M. (April, 2019). *Measuring*

*attitudes toward medication assisted treatment (MAT) in recovery homes*. Poster presented at the 91st Annual Convention of the Midwestern Psychological Association.

**Bobak**, T. B., Norris, J., **Hickey**, P., **Jeong**, H., O'Brien, J., Soto-Nevarez, A., Kassanits, J., Porcaro, A. K., Nguyen, R., Chaparro, J., Wiedbusch, E., Lin, J., Olson, B. D., Jason, L. A., & **Majer**, J. M. (October, 2018). Ethical Issues in Advocacy: How Do Our Values Influence Broken Systems (and vice versa)? Roundtable presented at the 42nd Annual Midwest Ecological Conference, University of Illinois at Chicago, Chicago, Il.

**Jeong**, H., **Hickey**, P., Norris, J., **Bobak**, T. J., Guerrero, M., O'Brien, J., Lynch, G., Aase, D., Olson, B. D., Jason, L. A., & **Majer**, J. M. (October, 2018). Working with Community Groups to Bring About Social Change. Roundtable presented at the 42nd Annual Midwest Ecological Conference, University of Illinois at Chicago, Chicago, Il.

**Majer**, J. M., Jason, L. A., Alexander, C., Mahoney, E., & Gitlow, S. (October, 2018). Why research matters and why Oxford House residents and alumni should participate. Panel discussion presented at the Oxford House World Convention, 2018, Kansas City, MO.

**Majer**, J. M., Longan, C., Snowden, A., **Bobak**, T., Norris, J., O'Brien, J., & Jason, L. A. (October, 2018). Current Oxford House research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2018, Kansas City, MO.

Holtzman, C. S., Jason, L. A., Beecroft, C., Ferrari, J., Greeson, M., Robinson, L., Glantsman, O., McMahon, S., Aase, D., Fromm-Reed, S., Jimenez, T., Kent, J., **Majer**, J. M., Borowski, T., Hoffman, A., & Kral, M.. (April, 2018). *Community psychology: A discussion about graduate school and career opportunities*. Roundtable discussion presented at the 90th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

Compton, W. M., Clark, H. W., **Majer**, J. M., Walker, M., Holtzclaw, L., Stein, F., Johnson, K., & Gitlow, S. (2017, September). The opioid crisis: facts and experiences. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

Jason, L. A., Borkman, T., Ward, N., & **Majer**, J. M. (2017, September). Recovery housing research: Oxford House and other recovery housing. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

(80) **Majer**, J. M., Jason, L. A., **Bobak**, T. J., & Borkman, T. (2017, September).

Brainstorming with researchers: Recovery topics residents and alumni would like to see. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

**Majer**, J. M., Stevens, E., Longan, C., Snowden, A., Wilkins, V., **Bobak**, T. J., & Jason, L. A. (2017, September). Current Oxford House research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2017, Washington, DC.

Jason, L.A., Reilly, A., Hall, T., Fromm-Reed, S., **Majer**, J.M., McMahon, S., Sanchez, B., Aase, D., Belyaev-Glantsman, O., & Roy, A. (2017, April). Training opportunities in Community Psychology in the midwest.  Roundtable presentation at the 89th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago IL.

**Chapman**, H. M., & **Majer**, J. M. (2016, October). Job Opportunities in Community Psychology: How Many Ways Can We Change the World? Panel discussion presented at the 2016 Midwest ECO Community Psychology Conference, Chicago, IL.

**Chapman**, H.M., **Majer**, J. M., & Jason, L. A. (2016, October). An examination of community-based residential treatments for persons with substance use disorders. Poster session presented at the 2016 Midwest ECO-Community Psychology Conference, Chicago, IL.

Jason, L.J., Beasley, C., **Majer**, J.M., & Callahan, S. (2016, October). Current Oxford House research and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

Johnson, K.A., Walker, M., **Majer**, J.M., Clark, W., Holtzclaw, L. & Longan, J., & Gitlow, S. (2016, October). Strategies for achieving, maintaining, and measuring long-term recovery. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

Jason, L.A., **Majer**, J.M., Longan, J., Wilkens, V., & Snowden, A. (2016, October). Defining and measuring Oxford House networking. Panel discussion presented at the Oxford House World Convention, 2016, Dallas, TX.

**Majer,** J.M., Glantsman, O., Nehrke, P., O'Brien, J., O'Connor, K., Jason, L., Beasley, C., & **Chapman**, H. (2016, May). Development issues in community psychology training. Roundtable presentation at the 88th Annual Convention of the Midwestern Psychological Association, Affiliated meeting of the Society for Community Research and Action, Chicago, IL.

Polcin, D., Jason, L.A., & **Majer**, J.M. (2015, September). Overview of current research

and upcoming studies. Panel discussion presented at the Oxford House World Convention, 2015, Washington, DC.

(70) **Majer,** J.M., Polcin, D., Jason, L.A., Beasley, C., & Callahan, S. (2015, September). Brainstorming with researchers. Panel discussion presented at the Oxford House World Convention, 2015, Washington, DC.

Hoffman, K., **Majer,** J.M., & Bolton, W. (2013, August). Medications in Oxford Houses. Panel discussion presented at the Oxford House World Convention, 2013, Washington, DC.

Hoffman, K., **Majer**, J.M**.**, & Doolen, A. (2013, August). Improving treatment outcomes. Panel discussion presented at the Oxford House World Convention, 2013, Washington, DC.

Jason, L.A., Gitlow, S., & **Majer,** J.M**.** (2013, August). Why behavioral research and data collection matter. Panel discussion presented at the Oxford House World Convention, 2013, Washington,

Aase, D.M., Day, J., Blagen, M., Brown, M., Jason, L.A., **Majer,** J.M., & Mejta, C. (2013, May). Integrating care in community-based treatment for dually-diagnosed individuals. Roundtable discussion conducted at the Affiliate meeting of the Society for Community Research and Action at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Harvey, R., Jason, L.A., Kithuri, E., **Majer,** J.M. (2013, May). Creating Innovative Substance Abuse Recovery Settings in Africa and Europe. Roundtable discussion presented at the 85th annual meeting of the Midwestern Psychological Association Society for Community Research and Action, Chicago, IL.

**Majer,** J.M**.**, Powers, J. & Bolton, W. (2012, September). Dealing with co-occurring mental illness. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer,** J.M., & White, T. (2012, September). Why behavioral research and data collection matter. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer**, J.M**.**, & Beasley, C. (2012, September). Latest DePaul University research. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

Jason, L.A., **Majer**, J.M., & Beasley, C. (2012, September). DePaul University publications update. Panel discussion presented at the Oxford House World Convention, 2012, Oklahoma City, OK.

(60) Flores, S., Adeoye, S.O., Aase, D., Balcazar, F., Bottom, T., Brown, A.A., Evans, M., Ferrari, J.R., Flynn, A., Glantsman, O., Grant-Holler, E., Jason, L.A., Keys, C., **Majer**, J.M., McMahon, S., Olson, B., Viola, J. (2011, October). A 30 year update on the history of community psychology ecological conferences. Participant on a panel at the Eco-Community Psychology Conference, Chicago, IL

Aase, D.M., **Majer,** J.M., & Jason, L.A. (2011, October). Applications of Community Psychology in Medical Settings: Surprises and Challenges. Poster session presented at the 2011 Midwest ECO Conference, Chicago, IL

Head-Dunham, R., Jason, L.A., **Majer**, J.M., Regan, R. (2011, September). Oxford House and co-occurring mental illness. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

Faggett, W., Hallburg, K., **Majer**, J.M., Harrington, P. (2011, September). Medication in Oxford House. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

Jason, L.A. & **Majer**, J.M**.** (2011, September). DePaul research studies overview. Paper presented at the Oxford House World Convention 2011, Washington DC.

Lorring, D., **Majer,** J.M**.**, Kent, G., Fuchs, D., Jones, A.M. (2011, September). Landlords and Oxford Houses. Panel discussion presented at the Oxford House World Convention 2011, Washington, DC.

**Majer,** J.M., Legler, R., Kithuri, E., Harvey, R., Alvarez, J., Contreras, R., Jason, L., Stalling, L., & Ramirez, R., (2011, June). Cultural and international considerations in Participatory Action Research with recovering substance abusers. Symposium presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

Schlehofer, M.M., Enchautegui-de-Jesus, N., Ferrari, J., Guiterrez,  L., Hazel, K., Long, S., **Majer,** J.M., Phillips, S., Tran, N., Zimmerman, L. (2011, June).Experiential learning in undergraduate community psychology courses. Panel discussion presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

Droege, J.R., **Majer,** J.M., &Jason, L.A. (2011, June). Further examination of categorical twelve-step involvement among a randomized sample. Poster presented at the Biennial Conference of the Society for Community Research and Action, Chicago, IL

**Majer,** J.M. (2011, May). Abstinence-based approach to recovery from alcoholism and addiction: Application of the Twelve-Step Model. Invited speaker at the Sober Living Workshop, Middlesboro, United Kingdon.

(50) **Majer,** J.M. (2011, April). Empirically-validated treatment for psychiatric comorbid substance use disorders: The Oxford House model. Keynote address at the Oxford House Community Workshop, Honolulu, HI.

**Majer**, J.M., Hoffman, K., Head-Dunham, R., & LeFauve, C. (2010, September). Medication use for co-occurring mental illness in an Oxford House setting. General Session Panel presented at the Oxford House World Convention 2010, Chicago, IL.

**Majer**, J.M., Harvey, R., Olson, B.D., Walker, M., Droege, J.R., & Jason, L.A. (2010, September). Importance of research on recovery. Panel discussion presented at the Oxford House World Convention 2010, Chicago, IL.

Hoffman, K., Jason, L.A., **Majer**, J.M., & Woll, P. (2010, September). PTSD and other co-occurring problems. Panel discussion presented at the Oxford House World Convention 2010, Chicago, IL.

**Majer**, J.M., Jason, L.A.. Hoffman, K., & Spence, M. (2009, September). Psychiatric comorbidity. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

Beasely, C., Marez, S., Ellis, C., Stalling, L., **Majer**, J.M., & Jason, L.A.. (2009, September). Ex-offenders and Oxford House Research. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

Padilla, G., Ramirez, R., Doolen, M., Venable, L., **Majer**, J.M., & Jason, L.A.. (2009, September). Housing accommodating ethnic differences. Panel discussion presented at the Oxford House World Convention 2009, Washington, D.C.

**Majer**, J.M., Jason, L.A.. (2008, October). Psychiatric problem severity. Paper presented at the Oxford House World Convention 2008, New Orleans, LA.

**Majer**, J.M. (2008, October). DePaul study update. Papers presented at the Oxford House World Convention 2008, New Orleans, LA.

Aase, D., Jason, L., Mueller, D., **Majer**, J. M. et al. (2008, May). Ex-offenders with substance abuse problems: Researching systemic interventions. Round table discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

(40) **Majer**, J.M. (2008, April). Community reintegration among persons with psychiatric comorbid substance use disorders. Invited speaker at the City Colleges of Chicago's First Annual Psychology Conference, Chicago, IL.

Young, W., Marez, S., Houston, W., Mortensen, J., Stevens, E., **Majer**, J.M., et al. (2007, October). Communities in recovery: What is Oxford House? Panel discussion presented at the Midwest Eco-Community Psychology Conference, Chicago, IL.

**Majer**, J.M., Jason, L.A., Casey, M., & Stevens, P. (2007, August). Self-efficacy in Oxford House. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

Jason, L.A., **Majer**, J.M., & Aase, D. (2007, August). DePaul study update. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

Jason, L.A., **Majer**, J.M., Liberman, A., & Venable, L. (2007, August). Importance of research. Papers presented at the Oxford House World Convention 2007, Washington, D.C.

**Majer, J.M.** (July, 2007). Community reintegration among persons with psychiatric comorbid substance used disorders. Invited presentation for Impact, Vancouver, BC, Canada.

Minich, L., Jason, L.A., Alvarez, J., Johnson, B., **Majer**, J.M., Olson, B.D., et al (2007, May). Bridging the practice-research gap in substance abuse intervention reform. Round table discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J. M., Meissen, G., Venable, L., & Casey, M. (2006, September). Importance of research. Papers presented at the Oxford House World Convention 2006, Wichita, KS.

**Majer**, J.M., Casey, M., Stevens, P., Neve, K., & Uhrich, D. (2006, September). Self-efficacy in Oxford House. Papers presented at the Oxford House World Convention 2006, Wichita, KS.

**Majer**, J.M., Jason, L.A., Miller, R., & Taylor, R.R. (2006, May). Stigmatized populations: Understanding how our values can facilitate scientific inquiry. Symposium presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

(30) Stautnikaite, G., **Majer**, J.M., & Jason, L.A. (2006, May). Psychiatric and medical problem severity in a national sample of substance abusers residing in Oxford Houses. Poster presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Jason, L.A., **Majer**, J.M., Davis, M.I., & Schober, D. (2005, October). The significance of the NIDA/NIAAA studies. Papers presented at the Oxford House World Convention 2005, Alexandria, VA.

**Majer**, J.M., Davis, M.I., Jason, L.A., & Schober, D. (2005, October). Specific findings of the DePaul Oxford House studies. Papers presented at the Oxford House World Convention 2005, Alexandria, VA.

**Majer**, J.M., Jason, L.A., Strautnikaite, G., Deaner, J., Groh, D., Aase, D., Mathis, G., & Isenberg, D.H. (2005, October). Contextualism and stigma: Understanding how our values can facilitate scientific inquiry. Symposium presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

Stautnikaite, G., **Majer**, J.M., & Jason, L.A. (2005, October). Relapse and attrition among Oxford House residents with psychiatric severity. Poster presentation at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

Jason, L.A., Ferrari, J.R., Davis, M.I., Olson, B.D., Alvarez, J., & **Majer**, J.M. (2005, August). The need for community: The Oxford House innovation. Paper presented at the 2005 Annual Meeting of the American Psychological Association, Washington, D.C.

Njoku, M.G., Jason, L.A., Cole, C., Jordan-Green, L., Miller, T.P., Newborough, J.R., Dokecki, P.R., O'Gorman, R., Fayter, R.A., Ponce-Rodas, M., & **Majer**, J.M. (2005, June). The spirit of community psychology: Lessons from spirituality. Symposium presented at the 10th Biennial Society for Community Research and Action Conference (APA Division 27), Urbana-Champaign, IL.

Davis, M.I., Jason, L.A., Kloos, B., Olson, B.D., Ferrari, J.R. & **Majer**, J.M. (2005, June). Ecological Examplars: Applications of Kelly's Conceptions to our Communities. Symposium presented at the 10th Biennial Society for Community Research and Action Conference (APA Division 27), Urbana-Champaign, IL.

Olson, B.D., Alvarez, J., Braciszewski, J., Danielewicz, J., Davis, M.I., Durlak, J.A., Groh, D., Horin, E., Hsu, T., Jason, L.A., Keys, C.B., **Majer**, J.M., Nelson, C., Rabin-Belyaev, O., Shaggot, T., Taylor, R., Vincent, M., & Viola, J. (2005, May). Psychology of Poverty Summit. Panel discussion presented at the affiliate meeting of the APA (Div.27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Olson, B.D., Davis, M.I., Alvarez, J., Viola, J., Garcia, R., Hsu, T., Latta, T., Nelson, C., **Majer**, J.M., Groh, D., Gilioli, A., Shagott, T., Adebanjo, A. (2004, October). Discovering central community constructs of action through the distilling of personal narratives. Panel discussion presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

(20) Shagott, T., Olson, B.D., Davis, M.I., Viola, J., Nelson, C., Alvarez, J., **Majer**, J. M., Garcia, R., Groh, D., Adebanjo, A., Latta, T., Jason, L.A., Braciszewski, J., Cooper, D.G. (2004, October). Restorative justice and its implications for community psychology. Panel discussion presented at the Midwest Eco-Community Psychology conference, Saugatuck, MI.

**Majer**, J.M., B., Bella (2003, November). The parallels between Narcotics Anonymous and Oxford House. Panel discussion presented at the Oxford House World Convention, Washington D.C.

Ferrari, J.R., Olson, B.D., Davis, M.I., **Majer**, J.M., & Viola, J. (2003, November). DePaul University Scientific Findings. Papers presented at the Oxford House World Convention, Washington D.C.

**Majer**, J.M., Jason, L.A., Davis, M.I., Casey, M., Erickson, K., Fleming, L., Kmeck, B., Miller, R., Venable, L., & Williams, B.F. (2002, October). DePaul Scientific Study I. Panel discussion presented at the Oxford House World Convention 2002, Seattle WA.

Davis, M.I., **Majer**, J.M., & Jason, L.A. (2002, October). DePaul Scientific Study II. Papers presented at the Oxford House World Convention 2002, Seattle, WA.

**Majer**, J.M., Curtis, C., Horin, E., Viola, J., Mayorga, K., Reyes, M., Alvarez, J. (2002, October). Contextualism and Substance Abuse Research: Evidence and Lessons Learned from Fieldwork Experiences. Panel discussion presented at the Midwest Eco- Community Psychology conference, Friend Lake, MI.

Viola, J., Bloodworth, M., & **Majer**, J.M. (2002, October). Community Action Research Centers: Implications for Strengthening the Graduate Student Community. Panel discussion presented at the Midwest Eco-Community Psychology conference. Friend Lake, MI.

Durlak, J., London, L.H., Jason, L.A., Abad, M., Ammar, A., Franks, E., **Majer**, J.M., Kunz, C., Morgan, et al. (2002, May). What it Really Means to be Successful in Graduate School.  Panel discussion presented at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

Beyer, R.D., McDonald, K., Taylor, R., Keys, C., **Majer**, J.M., & Jason, L.A. (2001, October).  Promoting the Spirit of Community Psychology through Graduate Training. Panel discussion at the Midwest Eco-Community Psychology conference, Friend Lake, MI.

Olson, B.D., Jason, L.A., Ferrari, J.R., Venable, L., Williams, B.F., Sasser, K.C., Potashner, I., **Majer**, J.M., Hutcheson, T.D., Fischer, S.N., Erickson, K.A., et al. (2001, May).  Collaboration, Power, Participation and Control on a Large Scale

Research Team: Multiple Perspectives from the Oxford House Research Project. Panel presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

(10) **Majer**, J.M., Hutcheson, T.D., Olson, B.D., Ferrari, J.R., & Jason, L.A. (2001, May). Hope for the Future: Assessing Self-Efficacy, Optimism, and Personal Mastery Beliefs Among Recovering Substance Abusers in a Self-Help Program. Poster presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL

Ferrari, J.R., Jason, L.A., Olson, B.D., Curtis, C., D'Arlach, L., Fischer, S., **Majer**, J.M., Potashner, I., & Sasser, K. (2000, October).Oxford House: Changing the system to change lives. Panel discussion at the Midwest Eco-Community Psychology conference. Kellogg Biological Station, MI.

Curtis, C., D'Arlach, L., Erickson, K., Hutcheson, T., Jason, L.A., **Majer**, J.M., Olson, B.D., Potashner, I., Sasser, K., Williams, B., & Venable, L. (2000, October). DePaul University: The research team. Panel presented at the Oxford House World Convention 2000, Kansas City, MO.

Jason, L.A., **Majer**, J.M., & Olson, B.D. (2000, October). DePaul University 8 year Oxford House findings. Panel presented at the Oxford House World Convention 2000, Kansas City, MO.

Davis, M.I. & **Majer**, J.M. (2000, August). Oxford House: A community and health psychology answer to substance abuse. R.R. Taylor & L.A. Jason (Chairpersons), Health psychology and community psychology: Using research to illustrate linkage. Symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

Davis, M.I., **Majer**, J.M., Jason, L.A., & Ferrari, J. (2000, May). A sense of community within recovering addicts: Communal-living that promotes sobriety. Paper presentation at the affiliated meeting of the Society for Community Research and Action (APA Division 27), annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Majer**, J.M., & Davis, M.I. (1999, October) DePaul University Scientific Research Findings. Paper presentation at the Oxford House World Convention 1999, Washington, D.C.

Taylor-Ritzler, T., Hayes, E., Balcazar, F., **Majer**, J., Engstrom, M., Kennedy, C., Taylor, R.R., & Jason, L.A., (1999, October). Challenges in Bringing Science into the Community. Panel presented at the Eco-Community Psychology Conference, Downers Grove, IL.

Jason, L.A., **Majer**, J.M., Taylor, R.R., Song, S., Johnson, D., Kennedy, C., Balcazar, F., Hernandez, B., & Davis, M.I. (1999, October).  The Issue of Stigma in Communities. Panel presented at the Eco-Community Psychology Conference, Downers Grove, IL.

Jahn, S.C., Taylor, R.R., **Majer**, J.M., Chimata, R., & Jason, L.A. (1998, October) Feminist Epistemology and Community Intervention. Panel presented at the Midwest Eco-Community Psychology Conference, Oregon, IL.


**COLLEGE-WIDE PRESENTATIONS**
**(I-invited)**

Majer, J. M. (2020, August). Student Research on Opioid Use Disorders. Workshop presentation provided at Truman College's Faculty Development Week, Chicago, IL.

Majer, J. M. (2020, August). Motivation. Workshop presentation provided at Truman College's Faculty Development Week, Chicago, IL.

**I**  Majer, J. M. (2019, August). Promoting human diversity inside/outside the classroom. Workshop presentation provided at Truman College's Faculty Development Week, Chicago, IL.

Majer, J. M. (2018, August). The Opioid Crisis. Presentation provided at Truman College's Faculty Development Week Chicago, IL.

**I**  Majer, J. M. (2018, October). The Opioid Crisis. Invited presentation provided at Truman College's Library Series, Chicago, IL.

Majer, J. M. (2017, August). The deal with empirical research in psychology. Presentation provided at Truman College's Faculty Development Week, Chicago, IL.

**I**  Majer, J. M. (2012, April). Invited debater for the 2nd President's Signature Series Debate, Truman College, Chicago, IL.

**I**  Majer, J. M. (2012, August). Self-efficacy for education: Implications for retention. Presentation provided at Truman College's Faculty Development Week, Chicago, IL.

## PROFESSIONAL ACTIVITIES AND AFFILIATIONS

**Scholarship:**

Editorial Board, *American Journal of Men's Health*, 2006 – 2017.
Editorial Board, *Journal of Diversity in Higher Education*\*, 2011– Present.
Editorial Board, *Alcoholism Treatment Quarterly*, 2017 – 2019.
Review, *Journal of Offender Rehabilitation*, 2019- Present.
Reviewer, *American Journal of Drug and Alcohol Abuse*, 2016 – Present.
Reviewer, *Psychology, Public Policy, and Law*\*, 2013-Present.
Reviewer, *Journal of Prevention and Intervention in the Community*, 2012.
Reviewer, *Addiction*, 2012-present.
Reviewer, *European Journal of Psychological Assessment,* 2011– Present.
Reviewer, *Journal of Substance Abuse Treatment*, 2011– Present.
Reviewer, *Journal of Diversity in Higher Education*, 2009 – 2011.
Invited reviewer, *American Journal of Psychiatric Rehabilitation*, 2006.
Reviewer, *Health Education & Behavior*\*, 2005 – Present.
Reviewer, *Medical Science Monitor*, 2003 – 2014.

\*Journals of the American Psychological Association (APA)

**Consultation:**

Maricopa County Board of Adjustment, Scottsdale, AZ, 2019 – 2020.

Richard Hunt, Hunt Huey, PLLC, Dallas, TX, 2019 – Present.

Eden House, Nairobi, Kenya, 2017 – Present.

Jeffery Van Treese, LLC, Holland, MI, 2017 – 2019.

Richard Hunt, Hunt Huey, PLLC, Dallas, TX, 2018.

Dan McDonald, McDonald/Fielding, PLLC, St. Lake City, UT, 2018.

Fountain House, Greensboro, NC, 2011.

Living Sober CIC, Middlesboro, UK, 2010 – Present.

Sidley Austin, LLP, Washington, DC, 2007 – 2008.

The Center for Community Research, DePaul University, 2006 – Present.

Oxford House, Inc., Silver Springs, MD, 2004 – Present.

Program Evaluation of Ashland House, Trilogy Inc., Chicago, IL, 2001.

**Dissertation and Thesis committees**:

Doctoral committee member for Ted Bobak (a former student), DePaul University, Chicago, IL, 2019-Present.

Doctoral committee member for Celeste Seger, School of Nursing, University of Maryland Baltimore County, Baltimore, MD, 2016-2019.

Thesis committee member for Ted Bobak (a former student), DePaul University, Chicago, IL, 2018-Present.

Doctoral committee member for Arturo Soto-Nevarez, Psychology Department, DePaul University, Chicago, IL, 2019-Present.

Doctoral committee member for Sara Rissolo, School of Nursing, Wilmington University, Wilmington, DE, 2019-Present.

Thesis committee member for Jack O'Brien, DePaul University, Chicago IL, 2019-Present.

**Campus-wide service:**

Social Sciences Hiring Committee, Harry S. Truman College (City Colleges of Chicago), 2018.

Tenure review committee member, Truman College, 2018.

Post-tenure Visitation Team member, Truman College, 2016.

Sabbatical Review Committee, Truman College, 2014-2015.

Tenure Support Committee, Truman College, 2013 – 2014.

Assessment Coordinator, Social Sciences Department, Truman College, 2011– 2012.

Social Sciences Hiring Committee, Truman College, 2011 – 2013.

Post-tenure Visitation Team member, Truman College, 2011.

Phi Theta Kappa Inductee Speaker, Truman College, 2011.

MAJER 24

Post-tenure Committee, Richard J. Daley College (City Colleges of Chicago), 2009-2010.

Chair: Humanities, Social Science, and Foreign Language Department, Richard J. Daley College, 2008 – 2010.

Faculty Hiring Committee, Social Sciences Department, Richard J. Daley College, 2006-2010.

Co-Chair, Strategic Initiative Planning Committee, Richard J. Daley College, 2007 – 2009.

Faculty Sponsor and co-founder, Psychology Club, Richard J. Daley College, 2007 – 2010.

Co-founding member of the City Colleges of Chicago's Inter-college Psychology Committee, 2007 – 2012.

Faculty Council committee members, Richard J. Daley College, 2007 – 2009.

Co-Chair of the Awareness and Access sub-committee for the College's Strategic Planning Committee, Richard J. Daley College, 2007-2009.

Local 1600 Scholarship Committee, 2009-2010.

Co-Chair of the Mission and Integrity Committee for Daley College's HLC assessment, 2009.

Student Disciplinary Committee, Richard J. Daley College, 2006-2007.

Student Progress Committee, School of Education, DePaul University, 2001-2002.

Diversity Committee, DePaul University Community Mental Health Center, 1998-2000.


**Continuing education:**

Quality Matters: Applying the Rubric (APPQMR); May 2020.

Quality Matters: Teaching Online-An Introduction to Online Delivery (TOL); June 2020

Introduction to Teaching in Brightspace at CCC; June 2020

MAJER 25

**Organizations:**

Oxford House Census Community Advisory Board, 2016.

Appointed to the American Psychological Association's 2009 Presidential Extended Task Force Network on Psychology's Contribution to End Homelessness, to provide expert consultation and feedback in my area of expertise; community-based treatments for substance abuse and psychiatric comorbid substance use disorders, 2009.

Society for Community Research and Action (Division 27 of the American Psychological Association), 1999 – 2020.

Midwestern Psychological Association, 1999 – Present.

**Other:**

Logistics Committee, the Second Chicago Conference on Community Research: Participatory Methods, 2001-2002.

Executive Coordinator of the Midwest-ECO Community Psychology Conference, 1999.

Substance Abuse Initiative Committee, Johns Hopkins Hospital, 1995-1997.

Anne Arundel County Substance Abuse Treatment Council, 1993-1995.

**Local community**:

Volunteer, St. Vincent's Food Pantry Program, 2000-2003.
Voluntary Instructor (2nd Dan), MUSA Martial Arts, Chicago, IL, 2004 – 2008.
Contributing Member, UNICEF, 2006-present.
Investigator, Andersonville Pedestrian Safety Survey Report, Chicago, IL, 2015.
Volunteer Baker, Kanelbullar Dag, Swedish-American Museum, Chicago, IL, 2019.